**FILED**
FEB - 4 2016
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SEAVON PIERCE,  )
                )
        Plaintiff,  )
                )   Case: 1:16-mc-00297
                )   Assigned To : Unassigned
v.              )   Assign. Date : 2/4/2016
                )   Description: Miscellaneous
WASHINGTON TIMES NEWSPAPER, *et al.*,  )
                )
        Defendants.  )

## MEMORANDUM OPINION AND ORDER

Pursuant to the Prison Litigation Reform Act ("PLRA"), unless a prisoner "is under imminent danger of serious physical injury," he may not proceed *in forma pauperis* if while incarcerated he has filed at least three prior cases that were dismissed as frivolous, malicious, or for failure to state a claim. 28 U.S.C. § 1915(g); *see Ibrahim v. District of Columbia*, 463 F.3d 3, 6 (D.C. Cir. 2006). The plaintiff has accumulated at least three strikes, *see, e.g., Pierce v. Obama*, No. 14-cv-0691, 2014 WL 4959062, at *2-3 (S.D. Cal. Aug. 20, 2014), *aff'd*, No. 14-56470 (9th Cir. Dec. 2, 2014), and he fails to allege facts suggesting that he is under imminent danger of serious physical injury. Accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 1915(g), the plaintiff's application to proceed *in forma pauperis* is DENIED.

SO ORDERED.

DATE: Feb. 3, 2016

_____
United States District Judge
J. Boasberg